■ EMMA HARTSOCK, Individually and as Temporary Guardian of the Person and Property of ROY A. HARTSOCK, Plaintiff, v ROBERT T. SCACCIA, Appellant, and NASH-CAR SALES & SERVICE et al., Respondents, et al., Defendants. (Appeal No. 2.) [922 NYS2d 832]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered February 8, 2010. The order granted the motion of defendants Nash-Car Sales & Service and E. David Nashwinter for summary judgment dismissing defendant Robert T. Scaccia's cross claim against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Hartsock v Scaccia* (84 AD3d 1697 [2011]). Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.